IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-180-BO

| DANIELLE A. CARTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DIONISIO FORD, SR.; DIONISIO FORD, JR.; PATRICIA FORD; GIOVANNI FORD; NILSA FORD; APRIL PEACE; TAMICO JONES; KEVIN BASS; DEPARTMENT OF HEALTH AND HUMAN SERVICES, and STATE OF NORTH CAROLINA, | ) | |
| Defendants. | ) | |

This cause comes before the Court on plaintiff's motion to proceed *in forma pauperis*, motion requesting attorney representation, motion to appoint counsel, and motion to request voluntary dismissal without prejudice.

As plaintiff has demonstrated appropriate evidence of the inability to pay the required costs of court, her motion to proceed *in forma pauperis* [DE 1] is GRANTED. The clerk is DIRECTED to file plaintiff's complaint. Plaintiff's motion to voluntarily dismiss her complaint without prejudice [DE 8] is further GRANTED. *See* Fed. R. Civ. P. 41(a)(1). Plaintiff's motions requesting appointment of counsel [DE 5 & 7] are therefore DENIED AS MOOT. The clerk is DIRECTED to close this case.

SO ORDERED, this ___ day of September, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE